UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER LYNN VORHOFF | * | CIVIL ACTION NO. 23-3134 |
| | * | |
| VERSUS | * | SECTION: "I"(1) |
| | * | |
| MARTIN O'MALLEY, | * | JUDGE LANCE M. AFRICK |
| COMMISSIONER OF THE SOCIAL | * | |
| SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that that the decision of the Commissioner is reversed and that disability insurance benefits shall be awarded to plaintiff as of the date benefits were terminated.

New Orleans, Louisiana, this 21st day of August, 2024.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**